Submitted on record and briefs September 30, affirmed December 17, 1986

In the Matter of the Marriage of

## PAULLUS,
*Appellant,*
*and*

## PAULLUS,
nka Gibson,
*Respondent.*

(76-585; CA A39282)

730 P2d 42

Malcolm J. Corrigall, and Ormsbee & Corrigall, Coos Bay, filed the brief for appellant.

Julie A. Stevens, North Bend, filed the brief for respondent.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

The trial court order, which modifies the parties' decree of dissolution to provide that husband is entitled to a six-week simultaneous visit with all three of the parties' children, in addition to his visitation rights as previously decreed, is affirmed. Costs to wife.